THE HONORABLE JAMES P. DONOHUE

**06-CV-01150-STIP**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ART GROENEWEG, and JACOB GROENEWEG, d/b/a HOLLANDIA FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>DELAVAL, INC., a Delaware corporation, and DELAVAL DIRECT DISTRIBUTION, LLC, a Washington limited liability company,<br><br>Defendants. | NO. C06-01150JPD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO DISCLOSE EXPERT TESTIMONY** |

COME NOW the parties, by and through their attorneys, and hereby stipulate as follows:

The parties hereby stipulate that the deadline for disclosure of expert testimony under FRCP 26(a)(2) shall be extended from February 21, 2007 to April 2, 2007.

DATED this 23rd day of January, 2007.

LANE POWELL PC


By /s/Barbara J. Duffy
 Barbara J. Duffy, WSBA No. 18885
 Attorneys for Defendants

STIPULATION AND ORDER- 1
NO. C06-01150JPD

122125.0001/1353605.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  FLYNN GASKINS BENNETT LLP
   William J. Tipping, Admitted Pro Hac Vice
2  Attorneys for Defendants

3  DEHAAN LAW OFFICE

4
   By s/Harry DeHaan
5     Harry DeHaan, Admitted Pro Hac Vice

6  MENKE JACKSON BEYER ELOFSON EHLIS
   & HARPER LLP
7  Kenneth W. Harper, WSBA No. 25578

8  Attorneys for Plaintiffs

9  **ORDER**

10  IT IS SO ORDERED.

11  DATED this 23rd day of February, 2007.

12

13

14  _James P. Donohue_
15  The Honorable James P. Donohue

16

17  Presented by:
    LANE POWELL PC

18

19  By s/Barbara J. Duffy
    Barbara J. Duffy, WSBA No. 18885
20  Attorneys for Defendants

21  Approved as to Form; Notice of
    Presentation Waived:

22  DEHAAN LAW OFFICE

23

24  By s/Harry DeHaan
    Harry DeHaan, Admitted Pro Hac Vice
25  Attorneys for Plaintiffs

26

STIPULATION AND ORDER- 2
NO. C06-01150JPD

122125.0001/1353605.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107